# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE LAND & RESERVOIR CO., *et al.*,<br><br>    Defendants. | Equity No. D-183-LDG<br><br>Case No. 3:73-cv-00183-LDG<br>Subfile No. 3:73-cv-00208-LDG<br><br>**ORDER** |
| Re:  Nevada State Engineer Ruling No. 6094 | |

For good cause shown,

THE COURT **ORDERS:**

a. That Churchill County (Petitioner) shall file its opening brief within 40 days of entry of this order.

b. That the Nevada State Engineer, and any other Real Party in Interest (Respondents) opposing the petition for judicial review shall file their briefs within 30 days after service of Petitioner's brief.

1    c.   That Petitioner may file a reply brief within 14 days after service of opposition briefs.

2    d.   That the briefs of the parties shall comply, to the extent practicable, with Federal Rule of Appellate Procedure 28; provided, however, that the length of the principal briefs shall not exceed 30 pages and the reply briefs shall not exceed 15 pages, exclusive of pages containing the table of contents, tables of citations, and any addendum or exhibits. In addition, the form of the briefs shall comply with Local Rules 10-1 through 10-5.

3    e.   That each party shall prepare and file, with its respective brief, an appendix that shall contain any portion of the papers or record considered by the State Engineer that the party believes is necessary for the Court to review in considering that party's arguments.

4    f.   That any motions seeking leave for additional time, leave to file over-length briefs or other similar motion shall be filed no less than seven days prior to the scheduled submission date of the brief for which such leave is sought.

5    g.   That, in addition to the filing of original briefs with the Clerk of the Court, each party shall deliver a courtesy copy of its brief and appendix to the Chambers of the Honorable Lloyd D. George, Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Room 6073, Las Vegas, Nevada, 89101.

DATED this ____ day of March, 2014.

Lloyd D. George
United States District Judge

2